UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
: 
ANGEL VELASQUEZ, :
: **ORDER CLOSING CASE**
               Plaintiff, :
  -against- : 18 Civ. 6139 (AKH)
:
UNITED STATES OF AMERICA, :
:
:
              Defendant. :
:
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      On July 2, 2018 Angel Velasquez filed a motion to vacate his criminal sentence under 28 U.S.C. 2255. (ECF 1; 16-cr-233, ECF No. 77).

      In my order dated November 1, 2019, I granted Velasquez's request and ordered him to appear for resentencing. (ECF 13). On December 5, 2019 I resentenced Velasquez to time served and ordered him released from custody. (16-cr-233, ECF No. 99).

      Accordingly, the above-captioned case was resolved on December 5, 2019. The Clerk shall terminate any open motions and mark the case closed.

      SO ORDERED.

Dated:  October 6, 2021                      /s/ Alvin K.Hellerstein
          New York, New York             ALVIN K. HELLERSTEIN
                                                   United States District Judge